C. W. Turner, appellant, v. Elvira Essington, appellee. Gen. No.
9,229.

 Heard in
this court at the May term, 1937. 

 Opinion filed June 30, 1937. Rehearing denied October 7, 1937.

Eva L. Minor, for appellant. Irwin C. Taylor, for appellee.

Mr. Justice Dove delivered the opinion of the court.